**2011–0229. Ali v. Kasich.**
In Habeas Corpus. On petition for writ of habeas corpus of Dawuud Babel Ali. Sue sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

**2011–0231. State ex rel. Crooks v. Corbin.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Motion for leave to intervene and motion to strike denied as moot. Cause dismissed.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

**2011–0240. Goldshtein v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Feliks Goldshtein. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1986–1976. State v. Bedford.**
Hamilton App. No. C–840850. Motions for stay of execution and for competency determination denied.

Pfeifer, J., dissents and would grant both motions.

O'Donnell and McGee Brown, JJ., dissent in part and would grant the motion for stay.

**2010–0576. State v. Mammone.**
Stark C.P. No. 2008–CR–0859. This cause is pending before the court as an appeal from the Court of Appeals for Stark County.

Upon consideration of appellant's motion to stay briefing, it is ordered by the court that the motion is denied.

It is further ordered, sua sponte, that the appellant's merit brief shall be filed no later than April 22, 2011.

**2010–1642. State ex rel. McCaffery v. Gains.**
In Mandamus. Motion for judgment on the pleadings denied. Motion for leave to file amended exhibit granted. Sua sponte, an alternative writ is granted and the following schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry, relator shall file a brief within ten days of the filing of the evidence, respondents' shall file a brief within 20 days after the filing of relator's brief, and relator may file a reply brief within seven days after filing of respondents' brief. Also, the respondents are ordered to submit under seal an unredacted copy of the requested records for which they claim exemptions.

**2010–1899. State v. Brown.**
Hamilton App. No. C–100050, 2010-Ohio-4599. On motion for findings pursuant to Civ.R. 52. Motion denied.

**2010–2029. State ex rel. Data Trace Information Sys., L.L.C. v. Cuyahoga Cty. Recorder.**
In Mandamus. Motions for leave to file amended complaint and memorandum in support granted. Motion to dismiss for lack of standing denied. Sua sponte, an alternative writ is granted and the following schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry, relators shall file a brief within ten days of the filing of the evidence, respondent shall file a brief within 20 days after the filing of relators' brief, and relators may file a reply brief within seven days after filing of respondent's brief.